AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
BRITTANY WOOD, ESQ.
Nevada Bar No. 007562
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: amaurice@klnevada.com
bwood@klnevada.com

Attorneys for Defendant,
FLAGSTAR BANK, FSB

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AM-GSR HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DARREN HUNG TRUONG, and FLAGSTAR BANK, FSB,<br><br>Defendants. | CASE NO. 3:17-cv-344-RCJ-VPC<br><br>**JOINT STATUS REPORT** |

Defendant Flagstar Bank, FSB ("Flagstar") and Plaintiff AM-GSR Holdings, LLC, submit their joint status report, as order by this Court June 2, 2017 Minute Order. See ECF 3.

**1.    Status of Action:** Plaintiff filed its Complaint on January 30, 2017. Plaintiff did not effectuate service of the Complaint; rather, on April 18, 2017, Plaintiff filed a First Amended Complaint ("Amended Complaint"). Plaintiff effectuated service of the Amended Complaint on Flagstar by serving Flagstar's resident agent with a copy of the Summons and Amended Complaint on May 9, 2017.

Plaintiff is a Nevada limited liability Company. Plaintiff's principal place of business is in Washoe County, Nevada, and Plaintiff's sole member, Alex Meruelo, is a resident of Washoe

1  County, Nevada.  Flagstar Bank, FSB ("Flagstar") is a federally charged bank. Its main office is
2  in Michigan. It is a Michigan citizen. See 28 U.S.C. §1348; see also Wachovia Bank v. Schmidt,
3  546 U.S. 303, 307 (2006).  Defendant, Darren Hung Truong ("Truong") is a borrower of
4  Flagstar.  Flagstar's business records identify Truong as utilizing a mailing address in San Jose,
5  California.  As such, Truong is a California resident.  Accordingly, there is complete diversity of
6  citizenship among the parties.

7  The subject matter of the Complaint involves title to real property.  Truong bought the
8  property located at 2500 E 2nd St., Unit 1875, Reno, Nevada (the "Property") on or about
9  February 14, 2007. See ECF 1-4. Truong originally borrowed $180,070, secured by a first
10 position deed of trust, which was recorded against the Property. See ECF 1-5.  Truong also
11 borrowed $36,014, secured by a second position deed of trust. See ECF 1-6.  On May 22, 2007,
12 Truong refinanced his purchase money loans with a loan from Flagstar in the amount of
13 $218,200.  See ECF 1-7.

14 Plaintiff's claim for relief is for quiet title. ECF 1-2 at ¶¶50-63.  Plaintiff seeks a judicial
15 declaration that the Flagstar deed of trust was extinguished because of an alleged HOA non-
16 judicial foreclosure sale. Id.  The amount in controversy in this action exceeds $75,000 as the
17 property that is the subject of this litigation is worth more than $75,000.

18 On June 1, 2017, Flagstar filed its Petition for Removal on the basis of diversity
19 jurisdiction.  See ECF 1.

20 On June 1, 2017, Flagstar filed its Answer to Plaintiff's Amended Complaint.  See ECF
21 2.

22 Defendant Troung has not appeared in this matter.

23 On June 14, 2017, counsel for the Plaintiff and Flagstar participated in a telephonic
24 conference to discuss issues required by LR 26-1(b) and FRCP 26(f).

25 On June 28, 2017, counsel for Plaintiff and Flagstar filed a Stipulated Discovery Plan and
26 Proposed Scheduling Order.

27 **2.     Actions to be Taken by the Court:**  The Court should review the Stipulated
28 Discovery Plan and Proposed Scheduling Order.  The Court has entered an Order Setting Case

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

Management Conference for July 26, 2017, at 9:30 a.m.

    **3.**    **Matters not submitted with the Notice of Removal:** None.

| Dated this 3rd day of July, 2017 | Dated this 3rd day of July, 2017 |
|---|---|
| **COHEN JOHNSON PARKER EDWARDS** | **KOLESAR & LEATHAM** |
| By: /s/ H. Stan Johnson | By: /s/ Brittany Wood |
| H. Stan Johnson, Esq. | Aaron R. Maurice, Esq. |
| Nevada Bar No. 000265 | Nevada Bar No. 006412 |
| 255 E. Warm Springs Rd. Ste 100 | Brittany Wood, Esq. |
| Las Vegas, NV 89119 | Nevada Bar No. 007562 |
| Telephone: (702) 823-3500 | 400 South Rampart Boulevard, Ste 400 |
| Facsimile: (702)823-3400 | Las Vegas, NV 89145 |
| sjohnson@cohenjohnson.com | Telephone: (702) 362-7800 |
| *Attorney for Plaintiff* | Facsimile: (702) 362-9472 |
| | amaurice@klnevada.com |
| | bwood@klnevada.com |
| | *Attorneys for Defendant Flagstar Bank, FSB* |

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 3rd day of July, 2017, I caused to be served a true and correct copy of foregoing **JOINT STATUS REPORT** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electric Filing automatically generated by that Court's facilities.

(UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written:

Darren Hung Truong
PO Box 610444,
San Jose, CA 95161

*/s/ Cindy Kishi*
An Employee of KOLESAR & LEATHAM