**COHEN|JOHNSON|PARKER|EDWARDS**
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
375 East Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimile: (702) 823-3400
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AM-GSR HOLDINGS, LLC., a Nevada limited liability company. <br><br> Plaintiff, <br><br> vs. <br><br> DARREN HUNG TRUONG, and FLAGSTAR BANK, FSB. <br><br> Defendants. | Case No.: 3:17-cv-344-RCJ-VPC |

## AFFIDAVIT OF SERVICE BY PUBLICATION

NOTICE IS HEREBY GIVEN that service has been made, by publication, in accordance with this Court's Order, dated October 23, 2017. Documents establishing proof of service by publication in California and Nevada are attached hereto, as Exhibits A and B, respectively.

Dated this 24th day of January, 2018.

**COHEN|JOHNSON|PARKER|EDWARDS**

By: /s/ H. Stan Johnson
H. STAN JOHNSON, ESQ.
Nevada Bar No. 0265
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119
Attorneys for Plaintiff

Page 1 of 2

**PROOF OF SERVICE**

CASE NAME:    AM-GSR Holdings, LLC v Truong, et al
Court:        USDC Nevada
Case No.:     3:17-cv-344-RCJ-VPC

On the date last written below, following document(s) was served as follows:

**AFFIDAVIT OF SERVICE BY PUBLICATION**

___X___    by placing an original or true copy thereof in a sealed envelope, with sufficient postage affixed thereto, in the United States Mail, Las Vegas, Nevada and addressed to:

Darren Hung Truong
P.O. Box 610444
San Jose, CA 95161

___X___    by using the State Court's CM/ECF Electronic Notification System addressed to:

Brittany Wood
usdistrict@klnevada.com
sowens@klnevada.com
bwood@klnevada.com

Aaron R. Maurice
sowens@klnevada.com
usdistrict@klnevada.com
bwood@klnevada.com
amaurice@klnevada.com

_____    by electronic email addressed to :
_____    by personal or hand/delivery addressed to:
_____    By facsimile (fax) addresses to:
_____    by Federal *press/UPS or other overnight delivery addressed to:

DATED the 24th day of January, 2018.

              __/s/ Sarah Gondek_____
              An employee of Cohen|Johnson|Parker|Edwards

**COHEN|JOHNSON|PARKER|EDWARDS**
255 E. Warm Springs Road, Ste. 100
Las Vegas, Nevada 89119
(702) 823-3500 FAX: (702) 823-3400

Page 1 of 2

# Exhibit A

# Exhibit A

# San Jose Mercury News

4 N. 2nd Street, Suite 800
San Jose, CA 95113
408-920-5332

3792381

COHEN JOHNSON PARKER EDWARDS
ATTN: SARAH GONDEK
375 E. WARM SPRINGS ROAD, SUITE 104
LAS VEGAS, NV 89119

## PROOF OF PUBLICATION
## IN THE CITY OF SAN JOSE
## IN THE STATE OF CALIFORNIA
## COUNTY OF SANTA CLARA

### FILE NO. CV17-00170

In the matter of

**San Jose Mercury News**

The undersigned, being first duly sworn, deposes and says: That at all times hereinafter mentioned affiant was and still is a citizen of the United States, over the age of eighteen years, and not a party to or interested in the above entitled proceedings; and was at and during all said times and still is the principal clerk of the printer and publisher of the San Jose Mercury News, a newspaper of general circulation printed and published daily in the City of San Jose, County of Santa Clara, State of California as determined by the court's decree dated June 27, 1952, Case Numbers 84096 and 84097, and that said San Jose Mercury News is and was at all times herein mentioned a newspaper of general circulation as that term is defined by Sections 6000; that at all times said newspaper has been established, printed and published in the said County and State at regular intervals for more than one year preceding the first publication of the notice herein mentioned. Said decree has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a true printed copy, has been published in each regular or entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**12/14/2017, 12/21/2017, 12/28/2017, 01/04/2018**

Dated at San Jose, California
January 4, 2018

I declare under penalty of perjury that the foregoing is true and correct.

_/s/_

Principal clerk of the printer and publisher of the San Jose Mercury News

---

Legal No. **0006076547**

COHEN-JOHNSON, LLC
H. STAN JOHNSON, ESQ.
Nevada Bar No. 00265
sjohnson@cohenjohnson.com
375 E. Warm Spring Road, Ste. 104
Las Vegas, Nevada 89119
Telephone: (702) 823-3500
Facsimiles: (702) 823-3400
Attorneys for Plaintiff

**SECOND JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA
WASHOE COUNTY, NEVADA**

AM-GSR HOLDINGS, LLC,
a Nevada Limited Liability
Company,
                    Plaintiff,      Case No.: CV17-00170
     vs.
DARREN HUNG TRUONG, and           Dept. No.: VIII
SOMA FINANCIAL, INC
                    Defendants.

**SUMMONS - CIVIL**
**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

DARREN HUNG TRUONG
TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.
   1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:
      a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
      b. Serve a copy of your response upon the attorney whose name and address is shown below.
   2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgement of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.
   3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.
   4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

**AFFIRMATION PURSUANT TO NRS 239B.030**
   The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.
Dated this 20th day of March, 2017
Submitted by:
By: /s/H. Stan Johnson
H. Stan Johnson
375 E. Warm Springs Road, Ste 104
Las Vegas, NV 89119
      JACQUELINE BRYANT
      CLERK OF THE COURT
      By: /s/
      Deputy Clerk
      Second Judicial District Court
      75 Court Street, Reno, Nevada 89501
SJMN#6076547; Dec.14,21,28,2017;Jan.4,2018

---

r.BP316-07/17/17                    1

# Exhibit B

# Exhibit B

AFFP
CV17-00170

## Affidavit of Publication

STATE OF NEVADA }
COUNTY OF CLARK }    SS

I, Rosalie Qualls state:

That I am Assistant Operations Manager of the Nevada Legal News, a daily newspaper of general circulation, printed and published in Las Vegas, Clark County, Nevada; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following dates:
Dec 12, 2017
Dec 19, 2017
Dec 26, 2017
Jan 02, 2018
Jan 09, 2018

That said newspaper was regularly issued and circulated on those dates. I declare under penalty of perjury that the foregoing is true and correct.

DATED: Jan 09, 2018

_____
Rosalie Qualls

SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
WASHOE COUNTY, NEVADA
Case No.: CV17-00170 Dept. No.: VIII
AM-GSR HOLDINGS, LLC., a Nevada Limited Liability Company. Plaintiff,
vs. DARREN HUNG TRUONG, and SOMA FINANCIAL, INC Defendants.
SUMMONS - CIVIL
NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW. TO THE DEFENDANT(S): DARREN HUNG TRUONG A civil Complaint has been filed by the Plaintiff(s) against you for relief set forth in the Complaint. Object of Action: This is a Complaint for Quiet Title. 1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you exclusive of the day of service, you must do the following: a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee. b. Serve a copy of your response upon the attorney whose name and address is shown below. 2. Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint. 3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after Service of this Summons within which to file an Answer or other responsive pleading to the Complaint. JACQUELINE BRYANT, CLERK OF THE COURT, By: UNKNOWN, DEPUTY CLERK, Second Judicial District Court, 75 Court Street, Reno, Nevada 89501, Submitted by: H. STAN JOHNSON, ESQ., Nevada Bar No. 00265, COHEN-JOHNSON, LLC, sjohnson@cohenjohnson.com, 375 E Warm Springs, Suite 104, Las Vegas, NV 89119, Telephone: (702) 823-3500, Facsimile: (702) 823-3400, Attorneys for Plaintiff
Published in Nevada Legal News
December 12, 19, 26, 2017, January 2, 9, 2018

04106100  00440068  (702) 823-3400

        COHEN-JOHNSON, PLLC
        255 E. WARM SPRINGS RD
        STE #100
        LAS VEGAS, NV 89119